IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NICHOLAS LUKASIEWICZ,<br>       Plaintiff, | §<br>§<br>§ |
| V. | §<br>§  CIVIL ACTION NO.:_____ |
| UNITED PROPERTY & CASUALTY<br>INSURANCE COMPANY,<br>       Defendant. | §<br>§<br>§<br>§ |

**DEFENDANT UNITED PROPERTY AND CASUALTY INSURANCE COMPANY'S
NOTICE OF REMOVAL**

Defendant United Property and Casualty Insurance Company ("UPC") files this Notice of Removal:

**I.   Background**

1. On February 15, 2017, Plaintiff Nicholas Lukasiewicz filed this lawsuit in the 240th Judicial District Court of Fort Bend County, Texas, against United Property & Casualty Insurance Company.

2. Plaintiff served UPC with a copy of the Petition on February 21, 2017.

3. UPC files this notice of removal within 30 days of receiving Plaintiff's initial pleading. *See* 28 U.S.C. § 1446(b). In addition, this Notice of Removal is being filed within one year of the commencement of this action. *See id.*

4. As required by Local Rule 81 and 28 U.S.C. § 1446(a), simultaneously with the filing of this notice of removal, attached hereto as Exhibit "A" is an Index of Matters Being Filed. A copy of the Case Docket Sheet is attached as Exhibit "B." A copy of Civil Case Information Sheet is attached as Exhibit "C." A copy of Plaintiff's Original Petition is attached as Exhibit "D," and a copy of the Citation issued to UPC is attached as Exhibit "E." A copy of the Request

for Service is attached as Exhibit "F," and a copy of UPC's Original Answer to Plaintiff's Original Petition is attached as Exhibit "G." The List of Counsel and Parties to the Case is attached as Exhibit "H." A copy of this Notice is also being filed with the state court and served upon the Plaintiff.

5. Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace Fort Bend County, Texas, the place where the removed action has been pending.

## II.    Basis for Removal

6. Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446. This is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

**A.    The Proper Parties Are Of Diverse Citizenship.**

7. Plaintiff is, and was at the time the lawsuit was filed, a resident and citizen of Texas.

8. UPC was at the time this action was commenced, and still is, a foreign (Florida) property and casualty insurance company authorized to do business in the State of Texas. UPC is organized under Chapter 982 of the Texas Insurance Code.

9. Because Plaintiff is a citizen of Texas and Defendant UPC is a citizen of Florida, complete diversity of citizenship exists among the parties.

**B.    The Amount in Controversy Exceeds $75,000.00.**

10. This is a civil action in which the amount in controversy exceeds $75,000.00. Plaintiff's Petition expressly alleges that "Plaintiff currently seeks monetary relief over $100,000 but not more than $200,000." See Exhibit D § 4.

### III. Conclusion and Prayer

11. Accordingly, all requirements are met for removal under 28 U.S.C. §§ 1332 and 1441. UPC hereby removes this case to this Court for trial and determination.

Respectfully submitted,

/s/ Rhonda J. Thompson
**RHONDA J. THOMPSON, ATTORNEY-IN-CHARGE**
rthompson@thompsoncoe.com
State Bar No. 24029862
Southern District No.: 17055
**JACQUELINE IHEKWABA**
State Bar No. 24090179
Southern District No.: 2971850

THOMPSON, COE, COUSINS & IRONS, LLP.
700 N. Pearl Street, 25th Floor
Dallas, Texas  75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209

**COUNSEL FOR DEFENDANT
UNITED PROPERTY & CASUALTY
INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

This is to certify that on the 24th day of March, 2017, a true and correct copy of the foregoing was delivered to the following counsel for Plaintiff by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Richard D. Daly
rdaly@dalyblack.com
James Willis
jwillis@dalyblack.com
William X. King
wking@dalyblack.com
**Daly & Black, P.C.**
2211 Norfolk Street, Suite 800
Houston, TX 77098
Facsimile:  (713)655-1587
*Counsel for Plaintiff*

/s/Jacqueline Ihekwaba
Jacqueline Ihekwaba