United States District Court
Southern District of Texas
**ENTERED**
June 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NICHOLAS LUKASIEWICZ,            §
                                 §
          Plaintiff,             §
                                 §
v.                               §          CIVIL ACTION NO. H-17-0928
                                 §
UNITED PROPERTY & CASUALTY       §
INSURANCE COMPANY,               §
                                 §
          Defendant.             §

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached.  The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this order.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 27th day of June, 2018.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE